IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TAWANA DICKEY,

    Plaintiff,

vs.                                            Case No. 4:06-CV-566-SPM

DOLLAR GENERAL CORPORATION
and DOLGENCORP, INC., a wholly
Owned subsidiary of DOLLAR GENERAL
CORPORATION,

    Defendants,
_____/

## ORDER

This case is currently set for trial on January 22, 2008.  A review of the record shows, however, that Plaintiff is proceeding as her own lawyer and that the scheduling of trial should be delayed until all pretrial matters are resolved. Accordingly, it is ORDERED AND ADJUDGED as follows:

1. The trial scheduled for January 22, 2008 is hereby canceled.

2. The Clerk shall refer this case to the magistrate judge to conduct all proceedings as allowed under 28 U.S.C. § 636(c), Federal Rule of Civil Procedure 72, and Local Rule 72.2(E).

DONE AND ORDERED this <u>nineteenth</u> day of December, 2007.

                                                *s/ Stephan P. Mickle*
                                              Stephan P. Mickle
                                              United States District Judge