IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TAWANA DICKEY,

    Plaintiff,

vs.                                              Case No. 4:06-CV-566-SPM

DOLLAR GENERAL CORPORATION
and DOLGENCORP, INC., a wholly
owned subsidiary of DOLLAR GENERAL
CORPORATION,

    Defendants,
_____/

## ORDER

THIS CAUSE comes for consideration upon the Magistrate Judge's Report and Recommendation (doc. 89). Plaintiff has been furnished a copy and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Additionally, Plaintiff has been granted two extensions of time in which to file objections  To date, no objections have been filed.

Accordingly, it is hereby ORDERED as follows:

1.     The Magistrate Judge's Report and Recommendation (doc. 89) is hereby ***adopted and incorporated*** by reference in this order.

2.	Defendant's motion for summary judgment (doc. 61) is **granted**.

3.	The Clerk shall enter judgment accordingly.

DONE AND ORDERED this <u>thirtieth</u> day of September, 2008.


			<u>  s/ Stephan P. Mickle          </u>
			Stephan P. Mickle
			United States District Judge