**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

TAWANA MICHELLE DICKEY,

    Plaintiff,

vs.                                                                         CASE NO.: 4:06-CV-566-SPM/WCS

DOLLAR GENERAL CORPORATION,
et al.,

    Defendants.
_____/

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court upon the "Notice of Settlement" (doc. 129) filed by Plaintiff. Pursuant to Northern District of Florida Local Rule 16.2(D), it is hereby ORDERED AND ADJUDGED:

1. This case is hereby *dismissed*.

2. The Court shall retain jurisdiction for a period of sixty (60) days, during which time any party may move to reopen for good cause shown.

DONE AND ORDERED this <u>twenty-fourth</u> day of February, 2010.

                                *s/ Stephan P. Mickle*
                                Stephan P. Mickle
                                Chief United States District Judge